# Court of Appeals
# of the State of Georgia

ATLANTA,  January 31, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0717. LOWE v. STATE.**

On January 10, 2013, this Court ordered the appellant, who is proceeding pro se (without representation by an attorney), to file his enumeration of errors and brief in this case within ten (10) days. We also warned him that, if he failed to do so, we would dismiss his appeal.

As of today, January 31, 2013, the appellant has not complied with the above order, and this Court has not received any communication from him asserting a sufficient cause for such failure. Consequently, this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/31/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*